THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, an Ohio corporation, <br><br> Plaintiff, <br><br> v. <br><br> SMARTWAY TRANSPORT LLC, a Washington limited liability company; MYROSLAV DANILYUK and LYUDMILA DANILYUK, individual residents of Washington, and the marital community comprised thereof; JOSE A. GUZMAN, an individual resident of Washington State, <br><br> Defendants. | CASE NO. C18-0053-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend time for Defendants Myroslav Danilyuk and Lyudmila Danilyuk to respond to Plaintiff's complaint (Dkt. No. 13). Finding good cause, the Court GRANTS the motion. The deadline for Defendants Myroslav Danilyuk and Lyudmila Danilyuk to file a response to the complaint is hereby EXTENDED to Monday, April 9, 2018.

//

MINUTE ORDER
C18-0053-JCC
PAGE - 1

1      DATED this 9th day of February 2018.

2                                        William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0053-JCC
PAGE - 2