THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, an Ohio corporation,<br><br>          Plaintiff,<br>   v.<br><br>SMARTWAY TRANSPORT LLC, a Washington limited liability company; MYROSLAV DANILYUK and LYUDMILA DANILYUK, individual residents of Washington, and the marital community comprised thereof; JOSE A. GUZMAN, an individual resident of Washington State,<br><br>          Defendants. | CASE NO. C18-0053-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on parties' stipulated motion to extend the deadline to answer the complaint (Dkt. No. 17). Pursuant to the parties' stipulation, the Court hereby ORDERS that the deadline for Defendants Smartway Transport LLC, and Myroslav and Lyudmila Danilyuk to respond to Plaintiff's complaint is EXTENDED to June 8, 2018.

//

//

MINUTE ORDER
C18-0053-JCC
PAGE - 1

1       DATED this 10th day of April 2018.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk

MINUTE ORDER
C18-0053-JCC
PAGE - 2