THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, an Ohio corporation,, <br><br> Plaintiff, <br><br> v. <br><br> SMARTWAY TRANSPORT LLC, a Washington limited liability company, *et al.*, <br><br> Defendants. | CASE NO. C18-0053-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the status conference set for May 8, 2018 (Dkt. No. 19). The Court GRANTS the motion. The status conference is continued until July 10, 2018 at 9:00 am.

DATED this 16th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0053-JCC
PAGE - 1